IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE C. KELLY | : | CIVIL ACTION |
| vs. | : | |
| FIVE STAR QUALITY CARE | : | NO. 14-4020 |

O R D E R

**AND NOW TO WIT**, this 9th day of January, 2015, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Jurisdiction is retained to supervise and, if necessary, enforce implementation of settlement agreement or other consensual disposition.

**MICHAEL E. KUNZ,** Clerk of Court

BY/s/ Catherine Luongo
    Catherine Luongo
    Deputy Clerk

Copies to:   Gerald J. William
rpatience@wcblegal.com
Stephen S. Pennington
Spenningtonlaw@aol.com
Beth G. Cole
bcole@wcblegal.com
Christopher Markos
cmarkos@wcblegal.com
John M. Nolan
nolanj@jacksonlewis.com
Samantha Sherwoood Bononno
Samantha.bonnonno@jacksonlewis.com
(by E-Mail)